■ In the Matter of the Claim of ANDREW M. OSSORGUINE, Appellant. INTELLITEC SECURITY SERVICES, Respondent; COM-

MISSIONER OF LABOR, Respondent. [57 NYS3d 447]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 18, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Egan Jr., J.P., Rose, Clark, Aarons and Pritzker, JJ., concur. Ordered that the decision is affirmed, without costs.